STATE OF NORTH CAROLINA v. GARY L. BROOKS

No. 7312SC338

(Filed 23 May 1973)

APPEAL by defendant from *Clark, Judge,* from judgment entered on 8 December 1972 after trial at the 30 October 1972 Session of Superior Court held in CUMBERLAND County.

Defendant was convicted on two counts of felonious possession of controlled substances. The counts were consolidated for judgment and a prison sentence of from four to five years was imposed. At trial, defendant was represented by private counsel. After judgment and upon his affidavit of indigency, Judge Clark appointed the assistant public defender to represent defendant.

*Attorney General Robert Morgan by R. Bruce White, Jr., Deputy Attorney General, and Alfred N. Salley, Assistant Attorney General, for the State.*

*Neill H. Fleishman, Assistant Public Defender, for defendant appellant.*

VAUGHN, Judge.

We have considered all of the assignments of error brought forward by the public defender. We hold that defendant had a fair trial which was free of prejudicial error.

No error.

Judges CAMPBELL and HEDRICK concur.